IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV177 |
| | ) | |
| V. | ) | |
| | ) | |
| BRIDGEPORT PUBLIC SCHOOL, a public school district in Nebraska, CHUCK LAMBERT, in his official capacities, JUSTIN CORMAN, in his official capacities, LINDA NORMAN, in her official capacities, KAY ANDERSON, in her official capacities, SCOTT LINDERS, in his official capacities, JEFF POHL, in his official capacities, CRAIG BARNETTE, in his official capacities, MATTHEW ASCHE, in his official capacities, and DAVID MILLER, in his official capacities, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under [28 U.S.C. § 1915(e)(2)](). The court will conduct this initial review in its normal course of business.

DATED this 21st day of April, 2016.

       BY THE COURT:

       *Richard G. Kopf*
       Senior United States District Judge