# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PATRICK ROBINSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) 8:16CV177 |
| **BRIDGEPORT PUBLIC SCHOOLS,** a public school district in Nebraska, | ) ORDER |
| **Defendant.** | ) |

This matter comes before the court on Plaintiff's Motion for Appointment of Counsel (Filing No. 12).

Plaintiff is proceeding pro se in this matter. "Indigent civil litigants do not have a constitutional or statutory right to appointed counsel." *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996). Trial courts have "broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel, taking into account the factual and legal complexity of the case, the presence or absence of conflicting testimony, and the plaintiff's ability to investigate the facts and present his claim." *Id.* Having considered these factors, the court finds that appointment of counsel is not warranted at this time.

**IT IS ORDERED:** Plaintiff's Motion for Appointment of Counsel (Filing No. 12) is denied.

DATED: November 3, 2016.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**