# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PATRICK ROBINSON,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )    **8:16CV177**<br>) |
| **BRIDGEPORT PUBLIC SCHOOLS,**<br>a public school district in Nebraska, | )    **ORDER**<br>)<br>) |
| **Defendant.** | )<br>) |

Plaintiff has submitted a motion to proceed in forma pauperis ([Filing No. 37](#)). Plaintiff previously was provisionally granted leave to proceed in forma pauperis. ([Filing No. 5](#)). After reviewing the instant request, the Court will grant Plaintiff's motion to proceed in forma pauperis.

**IT IS SO ORDERED.**

**DATED: June 2, 2017.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett, III**
                                        **United States Magistrate Judge**